IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-00236-01-CR-W-BCW |
| ) | |
| TERRELL E. LEWIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation denying Defendant's Motion to Motion to Dismiss the Indictment (Doc. #24). Defendant filed Objections to the Report and Recommendation (Doc. #60). After an independent review of the record, the applicable law, the parties' arguments, and notwithstanding defendant's objections, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to Dismiss the Indictment.

IT IS SO ORDERED.

DATED: February 25, 2016          /s/ Brian C. Wimes
                                   JUDGE BRIAN C. WIMES
                                   UNITED STATES DISTRICT COURT