IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI WESTERN
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-00236-01-CR-W-BCW |
| ) | |
| ) | |
| TERRELL E. LEWIS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. #66) denying Defendant's Motion for order granting motion to stay all further district court proceedings until the interlocutory appeal is concluded (Doc. #64). Defendant has not filed objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion for order granting motion to stay all further district court proceedings until the interlocutory appeal is concluded.

IT IS SO ORDERED.

DATED: May 20, 2016           /s/ Brian C. Wimes
                              JUDGE BRIAN C. WIMES
                              UNITED STATES DISTRICT COURT